# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BRIONNA PENDERGRASS,

    Plaintiff,

v.                                    CASE NO.  4:18cv570-RH-CAS

U.S. BUREAU OF PRISONS,
U.S. ATTORNEY GENERAL,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. It has been nearly three months since the magistrate judge ordered the plaintiff to pay the filing fee or move for leave to proceed in forma pauperis. The plaintiff has not done so and indeed has filed nothing further. She apparently has abandoned the case.

Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on March 7, 2019.

s/Robert L. Hinkle<br>United States District Judge